IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUNE FLANNERY, individually and as the Executor of the ESTATE OF KENNETH W. FLANNERY,<br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF INDIANAPOLIS; OFFICEER ALAN HOPKINS; OFFICER MARSHALL HOSKINS; OFFICER MARK FORD; JOHN DOE INDIANAPOLIS POLICE DEPARTMENT OFFICERS, Individually as Indianapolis Metropolitan Police Department Officers; SHERIFF JOHN R. LAYTON in his official Capacity as the Sheriff of the Marion County Sheriff's Department; DEPUTY EARNEST WATERMAN; DEPUTY PARKER SANDERS; JOHN DOE MARION COUNTY SHERIFF'S DEPARTMENTS DEPUTIES Individually as Marion County Sheriff Department Deputies; THE CITY OF SOUTHPORT, INDIANA; OFFICER KYLE MCCLINTOCK; JOHN DOE CITY OF SOUTHPORT POLICE DEPARTMENT OFFICERS, individually as a City of Southport Police Department Officers,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.1:13-cv-1714-RLY-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS THE CITY OF SOUTHPORT, INDIANA AND OFFICER KYLE MCCLINTOCK'S PRELIMINARY EXHIBIT LIST**

Come now Defendants The City of Southport, Indiana and Officer Kyle McClintock, by counsel, and identify the following exhibits which may be introduced at the trial of this case:

1. All case reports created by the Indianapolis Metropolitan Police Department and the Marion County Sheriff's Department concerning the arrest and transport of Kenneth Flannery.

2. Any transcribed statement of witnesses taken by any police agency.

3. Marion County Coroner's Officer Case File No.: MC-12-0840;

4. Indianapolis-Marion County Forensic Services Agency Lab Report No. LAB12-04762 and accompanying documents;

5. Kenneth Flannery In-Custody Death Investigation Detective Notice;

6. In-custody medical records of Kenneth Flannery dated 7/21/2012;

7. Scene Photos;

8. Autopsy Photos;

9. Any exhibits listed by any other parties;

10. Any exhibits exchanged during the course of discovery, including but not limited to, any document or tangible item identified in interrogatories, requests for production, requests for admissions, written or recorded statement and/or correspondence;

11. Any exhibits necessary for rebuttal or impeachment purposes;

12. Any exhibits necessary for the admission or the exclusion of another exhibit; and

13. Any exhibits yet to be discovered throughout the course of discovery.

14. Defendants reserve the right to supplement this list.

Respectfully submitted,

By: /s/ *Paul T. Belch*
Paul T. Belch, #18533-49
Travelers Staff Counsel Office
280 E. 96th Street, Suite 325
Indianapolis, Indiana 46240
Telephone: (317) 818-5100
Fax: (317) 818-5124
E-mail: pbelch@travelers.com

## CERTIFICATE OF SERVICE

 The undersigned certifies that on this 24th day of February, 2014, a copy of this document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Anthony W. Overholt<br>Kevin C. Schiferl<br>Frost Brown Todd, LLC<br>201 N. Illinois St., #1900<br>P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>aoverholt@fbtlaw.com<br>kschiferl@fbtlaw.com | Andrew P. Wirick<br>HUME SMITH GEDDES<br>  GREEN & SIMMONS<br>54 Monument Circle<br>4th Floor<br>Indianapolis, IN 46204<br>awirick@humesmith.com |
| Brian R. Drummy<br>Samuel R. Ardery<br>BUNGER & ROBERTSON<br>226 South College Square<br>P.O. Box 910<br>Bloomington, IN 47402<br>sardery@lawbr.com | Ameen R. Najjar<br>Office of Corporation Counsel<br>200 East Washington Street, Room 1601<br>Indianapolis, IN 46204<br>Ameen.Najjar@indy.gov |

            By: */s/Paul T. Belch*
             Paul T. Belch, #18533-49

Travelers Staff Counsel
280 E. 96th Street, Suite 325
Indianapolis, IN  46240
Telephone:  (317)  818-5100
Fax:  (317) 818-5124
pbelch@travelers.com