UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUNE FLANNERY, as the Personal Representative of the ESTATE OF KENNETH W. FLANNERY,  )<br>)<br>) | Cause No. 1:13-CV-1714-RLY-MJD |
| Plaintiff,  ) | |
| vs.  ) | |
| THE CITY OF INDIANAPOLIS; OFFICER ALAN HOPKINS; OFFICER MARSHALL HOSKINS; OFFICER MARK FORD, individually as Indianapolis Metropolitan Police Department Officers; SHERIFF JOHN R. LAYTON in his official capacity as the Sheriff of the Marion County Sheriff's Department; DEPUTY EARNEST WATERMAN; DEPUTY PARKER SANDERS, individually as Marion County Sheriff Department Deputies,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants.  ) | |

## THIRD JOINT REPORT ON THE STATUS OF DISCOVERY

The parties, by their respective counsel, file this Third Joint Report on the Status of Discovery pursuant to the Court's Order Regarding Case Schedule and Related Issues (Docket No. 74):

1. **Discovery Completed Since Last Report (Docket No. 83):**

As of the date of the last report, the following discovery has been completed:

a. *Depositions Completed (since 10/13/2014)*
   i. Deposition of Dr. Chan – taken on October 15, 2014 in San Diego, CA
   ii. Deposition of Dr. Lee – taken on October 20, 2014 in Richmond, VA
   iii. Deposition of Richard Gootee – taken on October 22, 2014
   iv. Deposition of Parker Sanders – taken on October 22, 2014

b. *Written Discovery Completed (since 10/13/2014)*

        i. Plaintiff Request to Sheriff for Inspection of Jail Wagon – served on November 6, 2014

2. **Discovery Presently Scheduled or Pending**

    a. *Depositions – Scheduled*
        i. Officer Alan Hopkins – November 19th
        ii. Officer Marshall Hoskins – November 19th
        iii. Deputy Earnest Waterman – November 21st
        iv. Officer Mark Ford – November 21st

3. **Discovery Disputes Presently Pending**

    a. The parties are unaware of any presently pending discovery disputes.

4. **Discovery Planned to be Completed within the next 28 days**

    a. *Deposition Activity*
        i. Continue Efforts to Schedule and Depositions
            1. 30(B)(6) Deposition of Sheriff
            2. 30(B)(6) Deposition of City

    b. *Written Discovery*

        i. Plaintiff Anticipates Serving a Third Set of Interrogatories upon the City and Sheriff pertaining to transportation issues
        ii. Plaintiff Anticipates Sending Request for Admissions in order to authenticate various documents if stipulations amongst the parties cannot be reached.

5. **Known Discovery Remaining**

    a. Plaintiff will disclose rebuttal expert witnesses and reports on or before November 13th pursuant to agreement of the parties.

6. **Other Discovery Issues**

WHEREFORE, the parties, by their respective counsel, respectfully submit this Third Joint Report on the Status of Discovery to the Court.

Dated: November 10, 2014    Respectfully submitted,

/s/ Brian R. Drummy
Brian R. Drummy, #26348-49
Samuel R. Ardery, #4145-53
BUNGER & ROBERTSON
226 South College Square
Post Office Box 910
Bloomington, Indiana 47402-0910
Phone: (812) 332-9295
Fax: (812) 331-8808
*Attorneys for Plaintiff, June Flannery, as the Executor of the Estate of Kenneth W. Flannery*

/s/ Alexander P. Will
Anthony W. Overholt
Kevin C. Schiferl
Alexander P. Will
FROST BROWN TODD, LLC
201 N. Illinois St., Suite 1900
PO Box 44961
Indianapolis, IN 46244-0961
*Counsel for Def, Sheriff Layton, Deputy Waterman and Deputy Sanders*

/s/ Amanda J. Dinges
Amanda J. Dinges
Ameen R. Najjar
Beth Ann Garrison
Office of Corporation Counsel
200 E. Washington St., Suite 1601
Indianapolis, IN 46204
*Counsel for Def, City of Indpls, Officer Hopkins, Officer Hoskins, Officer Ford*

(electronically signed by Brian R. Drummy with consent from counsel for the Defendants)

3

**CERTIFICATE OF SERVICE**

  I certify that on November 10, 2014, a copy of this Joint Report on the Status of Discovery was sent via the Court's Electronic Filing System to the following parties:

| | |
|---|---|
| Amanda J. Griffith | Anthony W. Overholt |
| Ameen R. Najjar | Kevin C. Schiferl |
| Beth Ann Garrison | Alex Will |
| Office of Corporation Counsel | FROST BROWN TODD, LLC |
| 200 E. Washington St., Suite 1601 | 201 N. Illinois St., Suite 1900 |
| Indianapolis, IN  46204 | PO Box 44961 |
| | Indianapolis, IN  46244-0961 |
| John F. Kautzman | |
| Edward J. Merchant | *Counsel for Def, Sheriff Layton,* |
| RUCKELSHAUS KAUTZMAN | *Deputy Waterman, and Deputy* |
| BLACKWELL BEMIS & HASBROOK | *Sanders* |
| 107 N. Pennsylvania Street, Suite 900 | |
| Indianapolis, IN 46204 | |
| | |
| *Counsel for Def, City of Indpls, Officer* | |
| *Hopkins, Officer Hoskins, Officer Ford* | |

4